# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In Re:  **Broderick Xavier Thomas, Sr**          )          **CASE NO. 13-32634-KRH**
                                                 )          **Chapter 13**

    Debtor Address(es):  9840 Union Jack Place
                                  Henrico, VA  23233

    Last four digits of Social Security No(s).:  <u>7097</u>

## MOTION TO DISMISS, NOTICE OF MOTION AND NOTICE OF THE HEARING

    **NOW COMES** the Chapter 13 Trustee and moves this Court to dismiss this case as provided in 11 U.S.C. 1307(c)(6) as the Debtor(s) are in default in making the payments under the plan.

    Carl M. Bates, Chapter 13 Trustee, has filed papers with the court to dismiss this case.

    **<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before seven (7) days before the date of the hearing, you or your attorney must:

  <u>  X  </u>  File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                            Clerk of Court
                            United States Bankruptcy Court
                            701 East Broad Street, Suite 4000
                            Richmond, VA  23219

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSBN 27815

You must also mail a copy to:
Carl M. Bates, Chapter 13 Trustee
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218

_____    Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

__X__    Attend the hearing on the motion scheduled to be held on **March 05, 2014** at **9:15 AM** at United States Bankruptcy Court, **701 East Broad Street, Richmond, VA 23219, Room 5000**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: February 11, 2014                    /s/ Carl M. Bates
                                            Carl M. Bates
                                            Chapter 13 Trustee
                                            P.O. Box 1819
                                            Richmond, VA  23218
                                            VSBN 27815

Certificate of Service

I hereby certify that I have this **11th day of February, 2014**, by mail, hand or electronically delivered a true copy of the foregoing Notice of Motion and Motion to the debtor(s) **Broderick Xavier Thomas, Sr, 9840 Union Jack Place, Henrico, VA   23233** and debtor(s) attorney, **Elizabeth C. Brogan, Esquire, via e-mail: ecf@bolemanlaw.com**.

                                            /s/ Carl M. Bates
                                            Carl M. Bates
                                            Chapter 13 Trustee

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSBN 27815